AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Southwick, Leslie H. | United States Court of Appeals, Fifth Circuit | 05/28/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit judge, active | ☐ Nomination ___ Date ___ <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

501 East Court Street
Room 3.750
Jackson, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | Mississippi College School of Law |
| 2. | Bar exam drafting committee member | National Conference of Bar Examiners |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H. | 05/28/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Public Retirement System of Mississippi | $23,416.00 |
| 2. | 2018 | University Press of Mississippi, book royalties | $50.00 |
| 3. | 2018 | National Inst. for Trial Advocacy, book royalties | $4,868.00 |
| 4. | 2018 | Mississippi College School of Law, salary | $3,000.00 |
| 5. | Sept. 2018 | Constitutional Law Drafting Committee, Multi-State Bar Examination Meeting | $3,500.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | 4/5/18-4/8/18 | Savannah, GA | Constitutional Law Committee meeting | food, lodging, transportation |
| 2. | National Conference of Bar Examiners | 9/27/18-9/30/18 | Boulder, CO | Constitutional Law Committee meeting | food, lodging, transportation |
| 3. | Mississippi Bankruotcy Conference | 11/8/18-11/9/18 | Biloxi, MS | Teach at seminar | food, lodging, transportation |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Southwick, Leslie H. | 05/28/2019 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| **Southwick, Leslie H.** | 05/28/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Southwick, Leslie H. | 05/28/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel # 1, severed mineral interest, Hidalgo County, Tx | | None | J | Q | | | | | |
| 2. Parcel # 2, severed mineral interest, Hidalgo County, Tx | | None | J | Q | | | | | |
| 3. Parcel # 3, Hidalgo County, Tx 2001 appraisal | | None | M | Q | | | | | |
| 4. Citizens National Bank | B | Interest | M | T | | | | | |
| 5. State Bank and Trust account | A | Interest | L | T | | | | | |
| 6. Synchrony, formerly GE Capital Retail Bank | D | Interest | N | T | | | | | |
| 7. Principal Funds -- Govt and Hq Bond | | None | K | T | | | | | |
| 8. Principal Funds -- Large Cap Growth | | None | J | T | | | | | |
| 9. Principal Funds -- Large Cap S&P 500 | | None | K | T | | | | | |
| 10. Principal Funds -- MidCap Blend | | None | K | T | | | | | |
| 11. Principal Financial Variable Life -- SmallCap Blend | | None | K | T | | | | | |
| 12. Trustmark National Bank Account | A | Interest | J | T | | | | | |
| 13. Metropolitan Life Ins. Co. fixed-rate annuity | | None | O | T | | | | | |
| 14. Community Bank | C | Interest | M | T | Sold (part) | 05/07/18 | M | | |
| 15. PenFed Credit Union | B | Interest | M | T | | | | | |
| 16. Origin Bank | B | Interest | M | T | Buy | 05/08/18 | M | | |
| 17. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Southwick, Leslie H. | 05/28/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 1, value is based on a 2001 appraisal
Part VII, Line 2, value is based on a 2001 appraisal
Part VII, Line 3, value is based on a 2001 appraisal

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie H. Southwick**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544